■ SIDNEY WUCKER et al., Doing Business as WUCKERS, Appellants, v PISER & CO., INC., Defendant-Respondent and Third-Party Plaintiff. WILLIAM TICHMAN, Third-Party Defendant. — Order, Supreme Court, New York County, entered October 3, 1980, denying plaintiffs' motion to strike demand for a jury trial and for related relief, is unanimously affirmed, without costs. The lease between plaintiffs and defendants contained a waiver of jury trial in any action "brought by either of the parties hereto against the other (except for personal injury or property damage)." This clause was obviously drafted to comply with section 259-c of the Real Property Law (see, also, General Construction Law, § 25-b). However, the defendant and third-party plaintiff's complaint against third-party defendant Tichman is not an action brought by either of the parties to the lease against the other, and, therefore, defendant was entitled to a jury trial at least as to the issues arising out of the third-party complaint. The demand for a jury trial is a demand for "trial by jury of all issues so triable." (CPLR 4102, subd [b].) Concur — Murphy, P. J., Kupferman, Birns, Carro and Silverman, JJ.

■ In the Matter of HARRY DRESNER et al., Respondents, v ROBERT J. McGUIRE, as Police Commissioner of City of New York, et al., Appellants. — Judgment, Supreme Court, New York County, entered on June 10, 1980, unanimously affirmed, without costs and without disbursements. (See *Matter of De Milia v McGuire,* 76 AD2d 1039, affd 52 NY2d 463.) No opinion. Concur — Sullivan, J. P., Carro, Markewich, Lupiano and Bloom, JJ.

■ In the Matter of JAMES R. SWEENEY, Respondent, v ROBERT J. McGUIRE, as Police Commissioner of City of New York, et al., Appellants. — Judgment, Supreme Court, New York County, entered on January 15, 1980, unanimously affirmed, without costs and without disbursements. (See *Matter of De Milia v McGuire,* 76 AD2d 1039, affd 52 NY2d 463.) No opinion. Concur — Kupferman, J. P., Birns, Sullivan, Silverman and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PASQUALE IGNARI, Appellant. — Judgment, Supreme Court, New York County, rendered on March 7, 1980, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur — Kupferman, J. P., Birns, Sullivan, Silverman and Bloom, JJ.